

# THE THIRTEENTH COURT OF APPEALS

## 13-12-00596-CV

HERALDO ESCOBAR
v.
TONY GARCIA

On Appeal from the
County Court at Law No. 5 of Hidalgo County, Texas
Trial Cause No. CL-10-0697-E

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be vacated and dismissed for want of jurisdiction. The Court orders the judgment of the trial court VACATED and DISMISSED FOR WANT OF JURISDICTION. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

May 15, 2014